IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FIRST TENNESSEE BANK, N.A. | ) | |
| | ) | |
| v. | ) | NO. 3-13-1155 |
| | ) | JUDGE CAMPBELL |
| ANGELA SANDERS | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 20), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Remand (Docket No. 18) is GRANTED, and this action is remanded to the General Sessions Court for Wilson County, Tennessee.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE